UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CR-00027-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CORY L. WASHINGTON | ) | |

This matter is before the court on defendant's notice of appeal from the 25 January 2013 judgment of U.S. Magistrate Judge James E. Gates revoking defendant's term of supervised release. The court has ordered the preparation of a transcript of the revocation hearing within 14 days. Defendant's brief in support of his appeal shall be filed on or before 18 February 2013. The government shall file any brief in response on or before 25 February 2013. If defendant desires to be heard for oral argument, he shall file notice to that effect within 10 days of the date this order is filed, whereupon the Clerk shall set this matter for oral argument on 11 March 2013.

This 30 January 2013.

_____
W. Earl Britt
Senior U.S. District Judge