UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CR-00027-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CORY L. WASHINGTON | ) | |

This matter came before the court on 7 February 2013 for hearing on defendant's appeal of two orders of Magistrate Judge James E. Gates. For the reasons stated in open court, the 25 January 2013 order of Judge Gates revoking defendant's term of supervised release is AFFIRMED. Defendant's appeal of the 31 January 2013 order of Judge Gates detaining defendant during appeal is DISMISSED as moot.

This 8 February 2013.

_____
W. Earl Britt
Senior U.S. District Judge